Christopher Canterbury
KELLEY & CANTERBURY, LLC
821 N Street, Suite 205
Anchorage, AK 99501
907-276-8185
907-279-3829 (fax)
Attorney for Plaintiff
firm@kelleyandcanterbury.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| SHELLY M. DREMANN,<br><br>        Plaintiff,<br><br>v.<br><br>SAFEWAY, INC. AND<br>CARR-GOTTSTEIN FOODS CO. and<br>NRT COMMERCIAL UTAH LLC d/b/a<br>COLDWELL BANKER COMMERCIAL<br>NRT<br><br>        Defendants. | Case No. 3:17-cv-00156-TMB<br><br>**AMENDED COMPLAINT** |

COMES NOW the Plaintiff, Shelly M. Dremann, by and through her attorneys of record, Kelley & Canterbury LLC, and for claims of relief against Defendants, Safeway, Inc., Carr-Gottstein Foods Co., and NRT Commercial Utah LLC (d/b/a Coldwell Banker Commercial NRT) alleges as follows:

1. Plaintiff, Shelly M. Dremann, is, and at all times relevant hereto was, an adult citizen of Anchorage, Alaska.

2. On information and belief, Defendant Safeway, Inc. is a Delaware

Telephone (907) 276-8185 Facsimile (907) 279-3829

Kelley & Canterbury L.L.C.

821 N Street, Suite 205
Anchorage, AK 99501

corporation licensed to do business in the State of Alaska.

3. On information and belief, Defendant Carr-Gottstein Foods Co. is a Delaware corporation licensed to do business in the State of Alaska, and is a wholly-owned subsidiary of SSI-AK Holdings, Inc., a Delaware corporation that is a subsidiary of Defendant Safeway, Inc.

4. On information and belief, Defendant NRT Commercial Utah LLC (d/b/a Coldwell Banker Commercial NRT) is a Delaware corporation who, at times pertinent to this amended complaint, was licensed to do business in the State of Alaska.

5. Upon information and belief, at all times relevant hereto, Defendants Safeway, Inc. and/or Carr-Gottstein Foods Co. owned, leased, or otherwise controlled the premises located at 5600 DeBarr Road in Anchorage, Alaska, known as a Carrs Quality Center Eastgate Shopping Center.

6. Upon information and belief, at all times relevant hereto, Defendant NRT Commercial Utah LLC (d/b/a Coldwell Banker Commercial NRT) (hereinafter referred to as "Coldwell Banker") was a party to a Management Agreement with Defendant Safeway, Inc., wherein at p.5, § 2.5.1 Coldwell Banker undertook responsibility to keep the outdoor premises of the Carrs Quality Center Eastgate Shopping Center "in good order and repair and in first class condition and to make all repairs" that were Safeway's obligation to as to tenant leases at the shopping center. Exhibit 1, Management Agreement dated August 1, 2013.

7. On or about May 19, 2015, Plaintiff Shelly M. Dremann, while exercising

due care and caution, stepped into a hole in a deteriorated and otherwise defective cement curb concealed with fresh red paint, just outside the bakery entrance of Carrs Quality Center Eastgate Shopping Center, causing her to fall suddenly and sustain physical injuries, particularly a fracture to her right wrist.

8. Upon information and belief, at all times pertinent to the allegations of this Complaint, Defendants controlled the operation, maintenance and repairs of the Carrs Quality Center Eastgate Shopping Center premises, including the sidewalk and its curb at the bakery entranceway, and owed a duty to persons using the facilities, including Plaintiff, to use reasonable care and diligence to keep and maintain that sidewalk and curb in a condition that was reasonably safe and free from defects and conditions that would render them dangerous and unsafe for others or present an unreasonable risk of harm to Plaintiff in her lawful use of the premises.

9. Defendants were negligent and breached their duty of care owed to the Plaintiff by one or more of the following acts or omissions:

a. failing to adequately inspect the premises and discover an unsafe condition or unreasonable risk of harm regarding the subject curb;

b. failing to act reasonably to avoid creating or maintaining an unsafe condition or unreasonable risk of harm regarding the subject curb;

c. failing to act reasonably to cure, correct, repair or reduce an unsafe condition or unreasonable risk of harm regarding the subject curb of which Defendants knew or had reason to know existed; and

d. failing to provide users of the premises with adequate warning of an unsafe condition or unreasonable risk of harm regarding the subject curb of which Defendants knew or had reason to know existed, so that Plaintiff could avoid it.

10. Defendants' aforementioned negligence was a proximate cause of the injuries sustained by Plaintiff, Shelly Dremann.

11. As a direct result of Defendants' negligence, Plaintiff sustained physical injury, incurred medical expenses and lost wages, and has and will continue to have pain, suffering, inconvenience, loss of enjoyment of life, permanent impairment and permanent disfigurement in the right wrist.

WHEREFORE, Plaintiff Shelly Dremann prays for judgment against Defendants as follows:

1. For such general and special damages permitted by Alaska Statutes 9.17.010 and 9.17.040;

2. For interest, costs, and attorney fees; and

3. For such other relief as the Court deems fair, just, and equitable.

DATED this 23rd day of October, 2018 at Anchorage, Alaska.

KELLEY & CANTERBURY, LLC
Attorneys for Plaintiff

/s/ Christopher C. Canterbury
Christopher C. Canterbury
ABA 9406028