**Robert P. Blasco, Esq.**
**Hoffman & Blasco, LLC**
**9360 Glacier Hwy., Ste. 202**
**Juneau, AK 99801**
**(907) 586-3340**
**(907) 586-6818 (fax)**
**rpblasco@hoffmanblasco.com**
**Attorneys for Safeway, Inc. and Carr-Gottstein Foods Co.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **SHELLY M. DREMANN,** | |
| Plaintiff, | |
| v. | |
| **SAFEWAY, INC., AND CARR-GOTTSTEIN FOODS CO.,** | |
| Defendants. | Case No.: 3:17-00156-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendants Safeway, Inc, and Carr-Gottstein Foods Co., by and through their attorneys of record, Robert P. Blasco, of Hoffman & Blasco, LLC, and the Plaintiff Shelly M. Dremann, by and through her attorney of record, Christopher C. Canterbury, all stipulate, agree and request the Court order that all claims brought by Shelly M. Dremann against Safeway Inc., and Carr-Gottstein Foods Co. be dismissed with prejudice and that all claims that could have been brought by Shelly M. Dremann against Safeway, Inc. and Carr-Gottstein Foods Co. be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

*Shelly M. Dremann v. Safeway, Inc. et al.*     Case No. 3:17-cv-00156-TMB
*STIPULATION FOR DISMISSAL WITH PREJUDICE*     Page 1 of 2

Case 3:17-cv-00156-TMB    Document 36    Filed 02/07/19    Page 1 of 2

HOFFMAN & BLASCO, LLC

Dated: December 18, 2018   By:   /s/ Robert P. Blasco
Robert P. Blasco, AK Bar #7710098
Hoffman & Blasco, LLC
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
Phone: (907) 586-3340
Fax: (877) 888-4298
rpblasco@hoffmanblasco.com
*Attorneys for Defendant Safeway, Inc.,
and Carr-Gottstein Foods Co.*

KELLEY & CANTERBURY, LLC

Dated: December 18, 2018   By:   /s/ Christopher C. Canterbury
Christopher C. Canterbury, AK Bar #9406028
Kelley & Canterbury, LLC
821 N. Street, Suite 205
Anchorage, AK 99501
Phone: (907) 276-8185
Fax: (907) 279-3829
firm@kelleyandcanterbury.com
*Attorneys for Plaintiff Shelly M. Dremann*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 7, 2019 a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served on the following parties of record via ECF and U.S. First Class Mail:

Christopher Canterbury
Kelley & Canterbury, LLC
821 N. Street, Suite 205
Anchorage, AK 99501
firm@kelleyandcanterbury.com

   /s/ Robert P. Blasco
      Robert P. Blasco

*Shelly M. Dremann v. Safeway, Inc. et al.*   Case No. 3:17-cv-00156-TMB
*STIPULATION FOR DISMISSAL WITH PREJUDICE*   Page 2 of 2

Case 3:17-cv-00156-TMB   Document 36   Filed 02/07/19   Page 2 of 2